IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDDIE VALDEZ and ANNA GARCIA,

    Plaintiffs,

vs.                                             No. CIV 13-1239 JB/KK

HOME DEPOT USA, INC.,

    Defendant.

## **ORDER**[1]

**THIS MATTER** comes before the Court on the Defendant's Motion for Summary Judgment and Memorandum in Support, filed May 7, 2015 (Doc. 39)("Motion"). The Court held a hearing on July 10, 2015. The Court will grant the Motion.

**IT IS ORDERED** that the requests in the Defendant's Motion for Summary Judgment and Memorandum in Support, filed May 7, 2015 (Doc. 39), are granted.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Counsel*:

Michael J. Doyle
Los Lunas, New Mexico

    *Attorney for the Plaintiffs*

---

[1] This Order disposes of the Defendant's Motion for Summary Judgment and Memorandum in Support, filed May 7, 2015 (Doc. 39). The Court will, however, at a later date, issue a Memorandum Opinion more fully explaining its rationale for this decision. This Order is an interlocutory order, not a final judgment, and the Court will not enter a final judgment until it completes the Memorandum Opinion.

Meena H. Allen
Simone, Roberts & Weiss
Albuquerque, New Mexico

--and--

Arthur K. Smith
Allen, Texas

    *Attorneys for the Defendants*