IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDDIE VALDEZ and ANNA GARCIA,

       Plaintiffs,

vs.                                                                          No. CIV 13-1239 JB/KK

HOME DEPOT USA, INC.,

       Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order, filed July 18, 2015 (Doc. 56). In the Order, the Court granted the requests in Defendant Home Depot USA, Inc.'s Motion for Summary Judgment and Memorandum in Support, filed May 7, 2015 (Doc. 39)("Motion"), and dismissed Plaintiffs Eddie Valdez' and Anna Garcia's claims in the Complaint for Negligence and for Damages, filed in state court August 13, 2012, filed in federal court December 30, 2013 (Doc. 1-2). The parties having assured the Court that there are no more claims before it, the Court hereby enters final judgment in accordance with rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that final judgment is entered, and this action is dismissed.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

*Counsel*:

Michael J. Doyle
Los Lunas, New Mexico

       *Attorney for the Plaintiffs*

- 2 -

Meena H. Allen
Simone, Roberts & Weiss
Albuquerque, New Mexico

--and--

Arthur K. Smith
Allen, Texas

    *Attorneys for the Defendant*